# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

OMURBEK MAMATOV

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; MARISA FLORES, El Paso ICE Field Office Director, Enforcement and Removal Operations; and DORA CASTRO, Warden of Otero County Processing Center, in their official capacities,

      Respondents,

Case No. 2:26-cv-01068-MIS-GJF

## ORDER TO SHOW CAUSE AND ENJOINING TRANSFER

This matter is before the Court on the Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") filed by Omurbek Mamatov on April 8, 2026. ECF No. 1. Petitioner is an immigration detainee at the Otero County Processing Center. Id. ¶ 1. Petitioner, a citizen of Krysgyzstan, entered the United States without inspection on September 3, 2023. Id. ¶¶ 51, 52. Petitioner was encountered shortly afterwards and was processed, briefly detained, then released under 8 U.S.C. § 1182(d)(5). Id. ¶ 51. Petitioner has lived in the United States since that time and has a pending application for asylum. Id. ¶ 53. Petitioner was detained by ICE on March 24, 2026 after federal authorities raided the data center at which he worked as part of an investigation into the owners of the data center. Id. ¶ 54. Petitioner is being detained pursuant to 8 U.S.C. § 1225(b)(2). Id. ¶ 3. He seeks an order enjoining transfer during the pendency of the Petitioner, an order to show cause, and immediate release from custody or, alternatively, a bond

hearing within five (5) days at which the government bears the burden of proof. Id. at 17.

Having reviewed the record, the Petition may raise a colorable claim for relief. The Clerk's Office served Respondents with the Petition and added them as notice-recipients via CM/ECF, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 2 (D.N.M. Jan. 28, 2026). ECF No. 2.

Within ten (10) business days of entry of this Order, the United States Attorney's Office ("USAO") shall respond to the Petition and show cause why the requested relief should not be granted. The USAO's answer MUST specify whether the Court has already ruled on the legal issue(s) in this case and, if so, whether the facts are distinguishable from prior rulings. See, e.g., Lopez-Romero v. Lyons, Case No. 2:25-cv-0113-MIS-JHR, 2026 WL 92873 (D.N.M. Jan. 13, 2026) (finding that 8 U.S.C. § 1226(a) governed the petitioner's detention and that his continued detention violated his Fifth Amendment due process rights). **If the federal Respondents fail to timely comply with this Order, the Court may grant the relief requested in the Petition without further notice.**

If Petitioner wishes to file a reply brief, he may do so within **ten (10) days** after Respondents' response is filed.

**IT IS FURTHER ORDERED** that to preserve the status quo in the interim, Respondents are **ENJOINED** from transferring Petitioner to any facility outside the District of New Mexico and/or from removing him from the United States during the pendency of this habeas action, absent a final order of removal.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2