**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAVINDER SINGH,

    Petitioner,

v.

                                    Case No. 1:26-cv-01056-MIS-DLM

WARDEN, Cibola County Correctional
Cener; TODD M. LYONS, Acting Director
of U.S. Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary of the U.S. Department of
Homeland Security; and TODD BLANCHE,
Acting Attorney General of the United States,

    Respondents.

**FINAL JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Ravinder Singh and against Respondents Warden, Cibola

County Correctional Center, Todd M. Lyons, Markwayne Mullin, and Todd Blanche.

                                                      *Margaret Strickland*

                                      **MARGARET STRICKLAND**
                                      UNITED STATES DISTRICT JUDGE